# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER, | No. 2:18-cv-1071 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN ASCUNCION, | |
| Respondent. | |

This action, filed pursuant to 28 U.S.C. § 2254, has been stayed since October 25, 2018, to provide petitioner additional time to exhaust his claims in the state courts. See ECF Nos. 8, 9. Petitioner is directed to file and serve, within twenty-one (21) days after the filing date of this order, a status report informing the court of the progress of his habeas claims in the state courts.

IT IS SO ORDERED.

DATED: August 26, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE